IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NICHOLAS SCHAETZEL,

    Petitioner,

v.

R.D. KEYES,

    Respondent.

ORDER

Case No. 22-cv-179-jdp

Petitioner Nicholas Schaetzel seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than April 27, 2022. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately September 24, 2021 through the date of the petition, March 24, 2022.

ORDER

IT IS ORDERED that:

    1.    Petitioner Nicholas Schaetzel may have until April 27, 2022, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before April 27, 2022, I will assume that petitioner wishes to withdraw this petition.

Entered this 6th day of April, 2022.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge